UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT WHITE,<br><br>  Plaintiff,<br><br>vs.<br><br>EPAI PROTECTIVE SERVICES, LLC, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-2903-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Plaintiff's Motion for Attorneys' Fees, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendants attorneys' fees in the amount of $6,513.89 and expenses in the amount of $490.00, for a total of $7,003.89.

Dated at Atlanta, Georgia this 5th day of August, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Denise D.M. McGoldrick
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    August 5, 2015
James N. Hatten
Clerk of Court


By: s/ Denise D.M. McGoldrick
        Deputy Clerk